ANTONUCCI, PEGGY

11-10067

(985) 446-1284

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

104
60-249/433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

VOID AFTER 90 DAYS

Regarding
ANTONUCCI, PEGGY (11-10067 A)
92003028696566
COMBINED SMALL CHECK

TID # 380220

Date    10/18/2011

$ ***********2.66

~~~Two Dollars and 66/100

Pay to the
Order of   Clerk, U.S. Bankruptcy Court
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑈000000104⑈ ⑆043302493⑆ 92003028696566⑈

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229235      - JN

October 20, 2011
16:08:09

DEPOSIT TO 106000
DUE: CAPITAL ONE BANK

10/20/11
Vogel

UNC.UNDER$25
11-10067
Debtor.: PEGGY ANTONUCCI
Trustee: Aaron Caillouet
Amount.:                    $2.66 CH
Check#.: 104

Total-> $2.66

FROM: CAILLOUET

Printed: 10/18/11 10:51 AM

Page: 1

# Claims Distribution Small Checks

**Trustee: AARON CAILLOUET (380220)**

**Case:** 11-10067 - ANTONUCCI, PEGGY

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 2003028696566 | 104 | 10/18/11 | 21 | 04/06/11 | 640 | Payee: Clerk, U.S. Bankruptcy Court<br>Capital One Bank (USA), N.A. | 2.66 | 2.66 | 2.66 | 2.66 |

Check Amount: $2.66

(*) Denotes objection to Amount Filed